No. 731. HAYS ET AL. *v.* FARRINGTON ET AL. January 8, 1945. Petition for writ of certiorari to the Supreme Court

of Missouri denied. *Mr. Charles H. Houston* for petitioners. *Mr. Samuel H. Liberman* for respondents.